IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SHAN LAUGAND                                                                         PLAINTIFF

v.                                                              CAUSE NO. 1:17CV44-LG-RHW

UNKNOWN COULTER, ET AL.                                                       DEFENDANTS

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE**

This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Robert Walker entered in this cause on September 7, 2017. Magistrate Judge Walker reviewed the record and determined that Laugand had failed to maintain a current address with the Court and may no longer be in custody. Since June of 2017, three items mailed to Laugand by the Court have been returned as undeliverable, including the Report and Recommendation.

Under these circumstances, the Court need only review the Report and Recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After review of this matter, the Court finds that the Proposed Findings of Fact and Recommendation is neither clearly erroneous nor contrary to law. The Court has authority to dismiss this case for Laugand's failure to comply with the Court's Orders to advise of any change of address. *Rice v. Doe*, 306 F. App'x 144, 146 (5th Cir. 2009). The Report and Recommendation will therefore be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Robert Walker entered in this cause on September 7, 2017 [30] should be, and the same hereby is, **ADOPTED** as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of October, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE