# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**SHAN LAUGAND**                                                    **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:17CV44-LG-RHW**

**UNKNOWN COULTER, ET AL.**                                        **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on September 7, 2017. The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of October, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE